# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. SOTELO,<br><br>    Plaintiff,<br><br>    v.<br><br>T. BIRRING, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-cv-01342-LJO-SMS PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 10) |

Plaintiff Robert A. Sotelo, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 6, 2007. The Court screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A, and found that it states claims against Defendants Birring, Das, Diep, and Coleman for deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment.[1] Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955, 1964-65 (2007). Accordingly, it is HEREBY ORDERED that:

1.    Service shall be initiated on the following defendants:

        **T. BIRRING, NURSE PRACTIONER**

        **DAS, PHYSICIAN'S ASSISTANT**

        **DR. DIEP**

///

---

[1] On March 2, 2009, Defendants Igbinosa and CDCR were dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983.

1

    2.    The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed February 24, 2009.

    3.    Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

        a.    One completed summons for each defendant listed above;

        b.    One completed USM-285 form for each defendant listed above; and

        c.    Four (4) copies of the endorsed amended complaint filed February 24, 2009.

    4.    Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

    5.    <u>The failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

**Dated:**   **December 2, 2009**           /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE