# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ROBERTO A. SOTELO,                          CASE NO. 1:08-cv-01342-LJO-SMS PC

                Plaintiff,          ORDER REFERRING CASE TO PRO BONO
                                            PROGRAM FOR THE APPOINTMENT OF
    v.                                      COUNSEL

T. BIRRING, et al.,

                Defendants.
_____/

Plaintiff Roberto A. Sotelo, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 10, 2008.  This action is proceeding on Plaintiff's amended complaint, filed February 24, 2009, against Defendants Birring, Das, Diep, and Coleman for acting with deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment.

Upon review, the Court deems it appropriate to attempt to secure counsel for Plaintiff in this case. 28 U.S.C. § 1915(e)(1); Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997).  Accordingly, this case is HEREBY REFERRED to Sujean Park, Program Director for the Pro Bono Program of the Eastern District of California, to seek voluntary counsel to represent Plaintiff in this action.

IT IS SO ORDERED.

**Dated:**    **October 28, 2010**                    _____/s/ Sandra M. Snyder_____
                                            UNITED STATES MAGISTRATE JUDGE

1