# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO A. SOTELO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T. BIRRING, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　/ | CASE NO. 1:08-cv-01342-LJO-SMS PC<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO SERVE COURTESY COPIES OF THIS ORDER AND THE FINDINGS AND RECOMMENDATIONS ADDRESSING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF ON THE RECEIVER'S OFFICE |

　　　　Plaintiff Roberto A. Sotelo, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 10, 2008. This action is proceeding on Plaintiff's amended complaint, filed February 24, 2009, against Defendants Birring, Das, Diep, and Coleman for acting with deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment.

　　　　In a findings and recommendations issued separately from this order, the Court recommended that Plaintiff's motion for preliminary injunctive relief be denied for lack of jurisdiction. Plaintiff allegedly suffers from chronic, severe neck and back pain caused by bone spurs in his neck and a herniated disc in his lower back. In light of the seriousness of Plaintiff's allegations regarding the recent reduction and/or elimination of his narcotic pain medication by Dr. Green, a protocol created under a chronic pain management plan, the Clerk's Office shall serve courtesy copies of this order and the findings and recommendations on the Receiver's Office. The Court requests that the Receiver's Office check into this situation to ensure that Plaintiff is not being removed from a necessary, effective treatment protocol arbitrarily and without a sound medical basis.

Accordingly, it is HEREBY ORDERED that the Clerk's Office SHALL serve courtesy copies of this order and the separately issued findings and recommendations on J. Clark Kelso, Receiver, California Prison Health Care Receivership.

IT IS SO ORDERED.

Dated:    October 28, 2010            /s/ Sandra M. Snyder
                                                             UNITED STATES MAGISTRATE JUDGE