# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO A. SOTELO, | CASE NO. 1:08-cv-01342-LJO-SKO PC |
| Plaintiff, | ORDER APPOINTING VOLUNTARY COUNSEL TO REPRESENT PLAINTIFF IN THIS ACTION |
| v. | |
| T. BIRRING, et al., | (Doc. 34) |
| Defendants. | ORDER REQUIRING PARTIES TO FILE STATUS REPORTS WITHIN SIXTY DAYS |

Plaintiff Roberto A. Sotelo, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 10, 2008. This action is proceeding on Plaintiff's amended complaint, filed February 24, 2009, against Defendants Birring, Das, Diep, and Coleman for acting with deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment.

On November 1, 2010, the Court issued an order referring this matter to the Pro Bono Program of the Eastern District of California for the appointment of voluntary counsel to represent Plaintiff in this action. I. Hooshang "Hooshie" Broomand has been selected by random draw from the Court's pro bono attorney panel to represent Plaintiff and he has indicated to the Pro Bono Program Director that he is willing to accept appointment in this matter. Therefore, Mr. Broomand shall be appointed to represent Plaintiff.

Pursuant to the scheduling order issued on April 5, 2010, the discovery deadline was December 5, 2010, and the pretrial dispositive motion deadline was February 14, 2011. In light of

the appointment of Mr. Broomand to represent Plaintiff and in anticipation of first responses to the amended complaint by Defendants Coleman and Diep, an amended scheduling order needs to be issued.  Therefore, the parties shall file status reports within sixty days informing the Court how much time will be needed to complete discovery.  Counsel for Defendants Birring, Das, and Coleman shall also inform the Court whether or not Defendants Birring and Das wish to withdraw their pending motion for summary judgment and file a new motion at a future date on behalf of all Defendants.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. I. Hooshang "Hooshie" Broomand is appointed to represent Plaintiff in the above entitled matter;

2. Mr. Broomand shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment;

3. The Clerk of the Court is directed to serve a copy of this order upon I. Hooshie Broomand, Flesher Broomand LLP, 11249 Gold Country Blvd, Suite #170, Gold River, California 95670; and

4. Within **sixty (60) days** from the date of service of this order, the parties shall file status reports.

IT IS SO ORDERED.

**Dated:   April 4, 2011**                       **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Coleman has not yet filed a response to the amended complaint, but service was waived on his behalf by Ms. Williams, who also represents Defendants Birring and Das.  It is unclear whether or not Defendant Diep will be represented by Ms. Williams.