# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO A. SOTELO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T. BIRRING, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-01342-LJO-SKO PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO ADMINISTRATIVELY REDESIGNATE ACTION AS A REGULAR CIVIL 440 CASE AND ISSUE NEW CASE DOCUMENTS<br><br>(Docs. 50, 56, and 57) |

　　　　In light of the appointment of counsel to represent Plaintiff in this action on April 5, 2011, and the receipt of the parties' joint status report on June 3, 2011, the Clerk of the Court is HEREBY DIRECTED to administratively redesignate this action as a regular civil 440 case.  In addition, the Clerk of the Court SHALL issue the civil new case documents, including any applicable standing orders and the order setting a mandatory scheduling conference.

　　　　In light of the redesignation, the new case number to be used on all future filings is: 1:08-cv-01342-LJO-SKO.

IT IS SO ORDERED.

**Dated:   July 21, 2011**　　　　　　　　　　　　　／s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1