# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO A. SOTELO,<br><br>             Plaintiff,<br><br>     v.<br><br>T. BIRRING, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:08-cv-01342-LJO-SKO<br><br>ORDER REQUIRING DEFENDANTS TO EITHER WITHDRAW THEIR MOTION FOR SUMMARY JUDGMENT OR FILE A NOTICE STATING THEIR INTENT TO STAND BY THE MOTION AS IS<br><br>(Doc. 41) |

     Plaintiff Roberto A. Sotelo filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 10, 2008. This action is proceeding on Plaintiff's amended complaint, filed February 24, 2009, against Defendants Birring, Das, Diep, and Coleman for acting with deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment.

     Defendants filed a motion for summary judgment on January 25, 2011, at which time Plaintiff was proceeding pro se. Since that time, counsel was appointed to represent Plaintiff and a scheduling conference was set for October 27, 2011. Under these circumstances, it is likely that Defendants may wish to withdraw their motion and file another one at a later date.

///
///
///
///
///
///

1

1  Accordingly, within **ten (10) days** from the date of service of this order, Defendants shall
2 either withdraw their motion for summary judgment or file a notice stating that they intend to stand
3 by the motion as is.

IT IS SO ORDERED.

**Dated:**   **July 26, 2011**                             /s/ Sheila K. Oberto
                                                      UNITED STATES MAGISTRATE JUDGE