# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO A. SOTELO, | CASE NO. 1:08-cv-01342-LJO-SKO |
| Plaintiff, | ORDER GRANTING PARTIES' REQUEST TO APPEAR BY TELEPHONE FOR SCHEDULING CONFERENCE |
| v. | |
| T. BIRRING, et al., | (Doc. 66) |
| Defendants. | |

On October 24, 2011, the parties filed a request to appear by telephone for the scheduling conference set for 9:30 a.m. on October 27, 2011.

The request is HEREBY GRANTED. The parties shall arrange the conference call and shall initiate the call at (559) 499-5790.

IT IS SO ORDERED.

**Dated:    October 25, 2011**             /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE