IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERTO ANTONIO SOTELO

          Plaintiff(s)

vs.

T. BIRRING, et al.

          Defendants.

No. 1:08-CV-01342-LJO-~~SMS~~ SKO

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, I. Hooshie Broomand, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on March 31, 2011, by the Honorable Sandra M. Snyder, United States District Judge/Magistrate.
I believe that the following course of action is reasonably necessary to the prosecution of this action:

Attendance at Plaintiff, Roberto Sotelo's Deposition set for April 19, 2012, 11:00 a.m. at Pleasant Valley State Prison, Coalinga, CA 93210-8501.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 300.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:08-CV-01342-LJO-SKO

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | Travel to and from plaintiff's deposition | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3rd day of April, 20 12, at Folsom, California.

I, Hooshie Broomand  /s/

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: April 4, 2012

_Sheila K. Oberto_
United States District Judge/Magistrate