# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO A. SOTELO,<br><br>        Plaintiff,<br><br>    v.<br><br>T. BIRRING, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:08-cv-01342-LJO-SKO<br><br>ORDER GRANTING REQUEST TO CONTINUE SETTLEMENT CONFERENCE FROM JULY 12, 2012, TO OCTOBER 11, 2012<br><br>(Doc. 100) |

    On June 29, 2012, the parties filed a stipulation and request to continue the settlement conference from July 12, 2012, to October 11, 2012.

    The Court has considered the request and it is HEREBY GRANTED. The settlement conference is ORDERED CONTINUED from July 12, 2012, to October 11, 2012, at 10:00 a.m. before the undersigned.

IT IS SO ORDERED.

**Dated:   June 29, 2012**                        /s/ Sheila K. Oberto
                                                      UNITED STATES MAGISTRATE JUDGE