# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO A. SOTELO, | CASE NO. 1:08-cv-01342-LJO-SKO |
| Plaintiff, | ORDER DISMISSING DEFENDANT DAS WITH PREJUDICE PURSUANT TO PARTIES' STIPULATION |
| v. | |
| T. BIRRING, et al., | (Doc. 99) |
| Defendants. | |

Pursuant to the parties' stipulation, Defendant Das is HEREBY DISMISSED from this action, with prejudice, and each side shall bear its own costs and attorney's fees. Fed. R. Civ. P. 41(a)(1)(A)(ii); Pedrina v. Chun, 987 F.2d 608, 609-10 (9th Cir. 1993).

IT IS SO ORDERED.

**Dated:   June 30, 2012**                   /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE