# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO A. SOTELO, | CASE NO. 1:08-cv-01342-LJO-SKO |
| Plaintiff, | ORDER DISMISSING DEFENDANTS BIRRING, DIEP, AND COLEMAN WITHOUT PREJUDICE PURSUANT TO PARTIES' STIPULATION |
| v. | |
| T. BIRRING, et al., | (Doc. 108) |
| Defendants. | |

Plaintiff Roberto A. Sotelo, a state prisoner proceeding in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 10, 2008. This action is proceeding on Plaintiff's second amended complaint, filed March 22, 2012, against Defendants Birring, Diep, Coleman, and Green for acting with deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment.

Pursuant to the parties' stipulation, Defendants Birring, Diep, and Coleman are HEREBY DISMISSED from this action, without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii); Pedrina v. Chun, 987 F.2d 608, 609-10 (9th Cir. 1993).

IT IS SO ORDERED.

Dated:   August 23, 2012            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1