# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO A. SOTELO,<br><br>                Plaintiff,<br><br>        v.<br><br>T. BIRRING, et al.,<br><br>                Defendants.<br>_____/ | CASE NO. 1:08-cv-01342-LJO-SKO<br><br>ORDER VACATING ALL DATES SET PURSUANT TO THE SCHEDULING ORDERS<br><br>(Docs. 80 and 101) |

Plaintiff Roberto A. Sotelo, a state prisoner proceeding in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 10, 2008. At this juncture, Defendants Das, Birring, Coleman, and Diep have been dismissed from the action and the only remaining defendant, Barry J. Green, has not yet been served. Pursuant to the Court's order filed on August 1, 2012, Plaintiff has sixty days to locate and serve Defendant Green.

Accordingly, all dates set pursuant to the scheduling orders filed on February 3, 2012, and July 2, 2012, are HEREBY ORDERED VACATED.

IT IS SO ORDERED.

**Dated:   August 23, 2012**                              /s/ Sheila K. Oberto
                                                                    UNITED STATES MAGISTRATE JUDGE