1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   ROBERTO A. SOTELO,                         CASE NO. 1:08-cv-01342-LJO-SKO

10                    Plaintiff,               ORDER REQUIRING PLAINTIFF TO FILE
                                               STATUS REPORT WITHIN FIFTEEN DAYS
11        v.
                                               (Doc. 106)
12   T. BIRRING, et al.,

13                    Defendants.
     _____/
14

15        Plaintiff Roberto A. Sotelo, a state prisoner proceeding in forma pauperis, filed this civil

16   rights action pursuant to 42 U.S.C. § 1983 on September 10, 2008.  This action is proceeding on

17   Plaintiff's second amended complaint, filed March 22, 2012, against Defendant Green for acting

18   with deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment.

19        Within **fifteen (15) days** from the date of service of this order, Plaintiff shall file a status

20   report  regarding service of process on Defendant Green.  Fed. R. Civ. P. 4(m).  (Doc. 103.)

21

22   IT IS SO ORDERED.

23   **Dated:    October 9, 2012**                    **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE
24

25
26
27
28

1