1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO A. SOTELO, | CASE NO. 1:08-cv-01342-LJO-SKO |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT WITHIN FIFTEEN DAYS |
| v. | (Doc. 106) |
| T. BIRRING, et al., | |
| Defendants. / | |

Plaintiff Roberto A. Sotelo, a state prisoner proceeding in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 10, 2008.  This action is proceeding on Plaintiff's second amended complaint, filed March 22, 2012, against Defendant Green for acting with deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment.

Within **fifteen (15) days** from the date of service of this order, Plaintiff shall file a status report regarding service of process on Defendant Green.  Fed. R. Civ. P. 4(m).  (Doc. 103.)


IT IS SO ORDERED.

**Dated:    October 9, 2012**                              /s/ Sheila K. Oberto
                                                       UNITED STATES MAGISTRATE JUDGE

1