# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO A. SOTELO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>T. BIRRING, et al.,<br><br>　　　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-01342-LJO-SKO<br><br>ORDER VACATING STATUS CONFERENCE SET FOR FEBRUARY 28, 2013, AT 9:30 A.M.<br><br>(Doc. 119) |

Plaintiff Roberto A. Sotelo, a state prisoner proceeding in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 10, 2008. This action is proceeding on Plaintiff's second amended complaint, filed March 22, 2012, against Defendant Barry J. Green for acting with deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment.

A status conference is currently set in this matter for February 28, 2013, at 9:30 a.m. In as much as Defendant Green filed a motion to set aside entry of default on February 1, 2013, it is not necessary for the Court to hold the status conference at this time. Accordingly, the status conference set for February 28, 2013, at 9:30 a.m. is HEREBY VACATED.

IT IS SO ORDERED.

**Dated:　　February 8, 2013**　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE