IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roberto Antonio Sotelo<br><br>Plaintiff(s)<br><br>vs.<br><br>T. Birring, F. Iginosa et al.<br><br>Defendants.<br>_____/ | No. 1:08-CV-01342-LJO-SKO<br><br>REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT |

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, **I. Hooshie Broomand**, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on **March 31, 2011**, by the Honorable **Magistrate Judge Sandra Snyder**, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> Defendant Green is noticing Plaintiff's deposition for November 22, 2013. Plaintiff currently is at the Richard J. Donovan Correctional Facility in San Diego, CA. The Facility will allow the deposition to take place at 10:00 am and will allow me to speak with Mr. Sotelo at 9:00 am. Given this, I will need to be at the facility by 8:30 a.m., no flights will accommodate this and therefore request costs for airfare, 1 night stay at a local hotel and rental car

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ **500.00**.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:08-CV-01342-LJO-SKO

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $300.00 | Travel to and from Pleasant Valley State Prison for initial Depo of Plaintiff | -0- |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13th day of November, 20 13, at Folsom, California.

_[signature]_

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

~~Or, _____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____ on _____, at _____ M. in Courtroom Number _____.~~

Dated: 11/20/13

_[signature]_ Sheila K. Oberto
United States ~~District Judge~~/Magistrate