FLESHER BROOMAND McKAGUE LLP
I. Hooshie Broomand, CBN 210206
193 Blue Ravine Road, Suite 265
Folsom, CA 95630
Telephone: 916.358.9042
Facsimile:  916.673.9672

Attorneys for Plaintiff
Roberto Antonio Sotelo


WILLIAMS & ASSOCIATES
Kathleen J. Williams, CBN 127021
Matthew Wilsom, CBN 236309
1250 Sutterville Road, Suite 290
Sacramento, CA 95822
Telephone: 916.456.1122
Facsimile: 916.737.1126

Attorney for Defendant
Barry Green

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ANTONIO SOTELO,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>T. BIRRING, F. INGINOSA, DR. DAS, DR. DIEP, COLEMAN, CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　　Defendants. | CASE NO.  1:08-CV-01342-LJO-SKO<br><br>STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE |

　　　　WHEREAS there is a Settlement Conference scheduled for December 12, 2013 at 10:00 a.m.  before the Honorable Sheila K. Oberto of the above- referenced matter.

　　　　WHEREAS Plaintiff has agreed to dismiss Defendant Das, Birring, Diep and Coleman in this action and all have been dismissed at this time.

　　　　WHEREAS the parties agree that a short continuance in the Settlement Conference would assist in the potential total resolution of this case;

IT IS THEREFORE STIPULATED BY AND BETWEEN THE PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

That the current Settlement Conference be continued until January 28, 2014 at 10:45 a.m. or per the court's availability.

| | |
|---|---|
| DATE: November 22, 2013 | NEWMAN & BROOMAND LLP |
| | Attorneys for Plaintiff, Roberto Antonio Sotelo |
| | By:   /s/ I. Hooshie Broomand   . |
| | I. Hooshie Broomand CSB 210206 |
| DATE:  November 22, 2013 | WILLIAMS & ASSOCIATES |
| | Attorneys for defendant Barry Green |
| | By:   /s/ Matthew Ross Wilson   . |
| | Matthew Ross Wilson, CSB 236309 |

## ORDER

The Settlement Conference currently set for December 12, 2013, is continued to January 28, 2014, at 10:45 a.m.

IT IS SO ORDERED.

Dated:   **November 26, 2013**          **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

- 2 -

Stipulation/Order to Continue Settlement Conference
CASE NO. 1:08-CV-01342-LJO-SKO