# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO A. SOTELO, | Case No. 1:08-cv-01342-LJO-SKO PC |
| Plaintiff, | ORDER GRANTING DEFENDANT'S EX PARTE REQUEST TO MODIFY SCHEDULING ORDER TO DEPOSE PLAINTIFF ON OR BEFORE DECEMBER 14, 2013 |
| v. | |
| T. BIRRING, et al., | |
| Defendants. | (Doc. 104) |

On November 27, 2013, Defendant Green filed an ex parte motion seeking to modify the scheduling order to permit him to depose Plaintiff on or before December 14, 2013. Plaintiff's deposition was scheduled for November 22, 2013, but a family emergency involving Plaintiff's counsel required the deposition to be rescheduled. (Doc. 140, Wilson Dec., ¶3.)

Good cause having been shown, Defendant's request is HEREBY GRANTED. Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED.

Dated:  **December 2, 2013**         /s/ Sheila K. Oberto
                                UNITED STATES MAGISTRATE JUDGE