# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO A. SOTELO,<br><br>    Plaintiff,<br><br>    v.<br><br>T. BIRRING, et al.,<br><br>    Defendants. | Case No. 1:08-cv-01342-LJO-SKO PC<br><br>ORDER APPROVING STIPULATION TO AMEND SCHEDULING ORDER AND NOTIFYING PARTIES OF AMENDMENT TO LOCAL RULE 137(B)<br><br>(Docs. 134 and 142)<br><br>Amended Expert Disclosure Deadline: December 16, 2013<br><br>Amended Rebuttal Expert Disclosure Deadline: January 10, 2014 |

On December 10, 2013, the parties filed a stipulation to modify the scheduling order to extend the expert disclosure and rebuttal expert disclosure deadlines.[1]

Good cause having been shown, the parties' stipulation is HEREBY APPROVED; and the expert disclosure deadline is extended to December 16, 2013, and the rebuttal expert disclosure deadline is extended to January 10, 2014. Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED.

Dated: __December 10, 2013__     _____/s/ Sheila K. Oberto_____
                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] The parties submitted a proposed order in Word Perfect format. The parties are hereby notified that pursuant to the amendment of Local Rule 137(b), effective October 1, 2013, proposed orders must be submitted in Word format.