# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO A. SOTELO,<br><br>    Plaintiff,<br><br>    v.<br><br>T. BIRRING, et al.,<br><br>    Defendants.<br>_____/ | Case No.  1:08-cv-01342-LJO-SKO (PC)<br><br>ORDER GRANTING REQUEST TO CONTINUE DISPOSITIVE MOTION DEADLINES<br><br>(Doc. 149)<br><br>Amended Dispositive Motion Deadline: 04/23/2014<br>Amended Motion Hearing Deadline: 05/28/2014 |

On April 8, 2014, Defendant Green filed an ex parte motion seeking a short continuance of the pretrial dispositive motion deadline and the hearing deadline for pretrial dispositive motions.

Good cause having been shown, Defendant's request is HEREBY GRANTED. Fed. R. Civ. P. 16(b)(4).  The pretrial dispositive motion deadline is continued from April 9, 2014, to April 23, 2014, and the hearing deadline is extended from May 14, 2014, to May 28, 2014.

IT IS SO ORDERED.

Dated:   **April 9, 2014**                    **/s/ Sheila K. Oberto**
                                                           UNITED STATES MAGISTRATE JUDGE