# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO A. SOTELO, | Case No. 1:08-cv-01342-LJO-SKO |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE SET FOR APRIL 29, 2014, AT 9:30 A.M. |
| v. | |
| T. BIRRING, et al., | (Doc. 147) |
| Defendants. | |

Plaintiff Roberto A. Sotelo, a state prisoner proceeding in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 10, 2008. This action is proceeding on Plaintiff's second amended complaint, filed March 22, 2012, against Defendant Barry J. Green for acting with deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment of the United States Constitution.

On January 9, 2014, the Court continued the settlement conference from January 28, 2014, to April 29, 2014, at 9:30 a.m. based on the parties' settlement conference statements and their shared position that a settlement conference was premature. In light of the parties' positions as stated during prior telephonic conferences and Defendant's most recent settlement conference statement, filed on April 8, 2014, it does not appear that a settlement conference will be beneficial in this case.[1]

///

---

[1] Plaintiff did not file a settlement conference statement.

Accordingly, the settlement conference set for April 29, 2014, at 9:30 a.m. is HEREBY VACATED.

IT IS SO ORDERED.

Dated: **April 10, 2014**                                  **/s/ Sheila K. Oberto**
                                                                                    UNITED STATES MAGISTRATE JUDGE