# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO A. SOTELO,<br><br>    Plaintiff,<br><br>    v.<br><br>T. BIRRING, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:08-cv-01342-LJO-SKO (PC)<br><br>ORDER APPROVING STIPULATION TO CONTINUE HEARING DATE FROM MAY 21, 2014, TO JUNE 4, 2014<br><br>(Doc. 154) |

On May 5, 2014, the parties filed a stipulation to continue the hearing date on Defendant's motion for summary judgment from April 21, 2014, and May 5, 2014. Good cause having been shown, the stipulation is HEREBY APPROVED and the hearing is continued to June 4, 2014. Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED.

Dated:  **May 6, 2014**                              **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE