# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO A. SOTELO, | Case No. 1:08-cv-01342-LJO-SKO |
| Plaintiff, | ORDER VACATING HEARING SET FOR JUNE 4, 2014, AT 8:30 A.M. |
| v. | (Doc. 155) |
| T. BIRRING, et al., | |
| Defendants. | |

On April 23, 2014, Defendant Barry J. Green filed a motion for summary judgment, which is currently set for a hearing on June 4, 2014, at 8:30 a.m. Plaintiff Roberto A. Sotelo filed an opposition to the motion on May 21, 2014. The Court has reviewed the motion and the opposition, and it has determined that oral argument is unnecessary. Local Rule 230(g).

Accordingly, the hearing set for June 4, 2014, at 8:30 a.m. is HEREBY VACATED. *Id.* Defendant Green's reply, if any, shall be filed in accordance with Local Rule 230(d).

**SO ORDERED**
**Dated: May 22, 2014**

                                        **/s/ Lawrence J. O'Neill**
                                        **United States District Judge**